15 So.2d 281

**Curtis ADAMS v. STATE.**
4 Div. 719.

Court of Appeals of Alabama.
March 23, 1943.

Rehearing Denied June 15, 1943.

R. S. Ward, of Geneva, for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.